THE SEITZ ESTATES, INC., Respondent, *v.* MEDICO BROTHERS, INC., Appellant.

(Submitted June 5, 1936; decided July 8, 1936.)

*Oscar L. Spears* for appellant.

*Robert L. Redfield, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.